ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
ANDREW C. SWITLYK
Nevada Bar No. 16758
Andrew.Switlyk@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: 775.399.6383
Facsimile: 775.827.9256
*Attorneys for Defendant State Farm Fire & Casualty Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| CYNTHIA SHERMAN,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY, a foreign Corporation; and DOES I – V and ROES VI – X, inclusive<br><br>Defendants. | Case No.: 2:26-cv-01024-JAD-NJK<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br><br>[ECF No. 17] |

IT IS HEREBY STIPULATED and AGREED between Plaintiff CYNTHIA SHERMAN ("Plaintiff"), by and through her counsel, JESSE SBAIH & ASSOCIATES, LTD., and Defendant STATE FARM MUTUAL FIRE AND CASUALTY COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

causes of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

| | |
|---|---|
| Dated this 4th day of November, 2026 | Dated this 5th day of November, 2026 |
| JESSE SBAIH & ASSOCIATES, LTD. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| */s/ Jesse M. Sbiah* | */s/ Andrew C. Switlyk* |
| JESSE M. SBIAH<br>Nevada Bar No. 7898<br>The Park Place Suites<br>9480 S. Eastern Avenue, Suite 236<br>Henderson, Nevada 89123<br>*Attorneys for Plaintiff* | ROBERT W. FREEMAN<br>Nevada Bar No. 3062<br>ANDREW C. SWITLYK<br>Nevada Bar No. 16758<br>5555 Kietzke Lane, Suite 200<br>Reno, Nevada 89511<br>*Attorneys for Defendant* |

**ORDER**

Based on the parties' stipulation and with good cause appearing, IT IS HEREBY ORDERED that this case is dismissed with prejudice, with each party to bear its own costs and fees. T**he Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
November 5, 2026